Valerie F. Horn, Esq. (CSB No. 151161)
VALERIE F. HORN & ASSOCIATES
A Professional Law Corporation
1901 Avenue of the Stars, Suite 1900
Los Angeles, California 90067-1507
Telephone:  (310) 888-8494
Facsimile:   (310) 888-8499
Email: thehornbooklaw@gmail.com

Attorneys for DEFENDANT/COUNTERCLAIMANT
WISDOM OF THE HEART CHURCH, A CALIFORNIA
NON-PROFIT COMPANY D/B/A THE UNIVERSITY
OF METAPHYSICAL SCIENCES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WISDOM OF THE HEART CHURCH, A CALIFORNIA NON-PROFIT COMPANY D/B/A THE UNIVERSITY OF METAPHYSICAL SCIENCE; and various unknown and/or fictional individuals and entities,<br><br>Defendants. | Case No.: 4:21-cv-08066-KAW<br><br>Judge: Hon. Kandis A. Westmore<br><br>**DECLARATION OF CHRISTINE BREESE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[FILED CONCURRENTLY WITH MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF VALERIE F. HORN AND REQUEST FOR JUDICIAL NOTICE]<br><br>TIME: TBD<br>DATE: JULY 20, 2023<br>COURTROOM: TBD |

---

**DECLARATION OF CHRISTINE BREESE IN SUPPORT OF
DEFENDANT WISDOM OF THE HEART'S
MOTION FOR SUMMARY JUDGMENT**

1

# DECLARATION OF CHRISTINE BREESE

I, Christine Breese, declare as follows:

1.  I am the Chief Executive Officer of Wisdom of the Heart Church, doing business as University of Metaphysical Sciences ("UMS"), and a Member of the Board of Directors thereof. I submit this Declaration in support of Defendant Wisdom of the Heart Church's Motion for Summary Judgment Ordered by the Court on April 20, 2023. I have personal knowledge of the facts stated in this Declaration and if called upon to testify, I could and would competently testify thereto.

2.  I read Plaintiff IMM's Supplemental Brief filed on April 14, 2023 very carefully. [Dkt 141] On behalf of UMS, I had absolutely no understanding or knowledge either before or at the time of signing the Settlement Agreement, as to why Plaintiffs International Metaphysical Ministry and Paul Leon Masters Revocable Living Trust dated July 6, 2015, filed a Corrected First Amended Complaint [Dkt. No. 83] on January 25, 2019 in the underlying action, 4:18-cv-04524-SBA.

3.  In particular, I had no knowledge before, or at the time of executing the Settlement Agreement, that "Theocentric Psychology" was not an active federally registered trademark when I signed the Settlement Agreement.

4.  As I stated in my original declaration [Dkt 127-1, ¶3] when I executed the Settlement Agreement on or about August 9, 2019, I was under the good faith belief that the words, "University of Metaphysics," "University of Sedona," "International Metaphysical Ministry," and "Theocentric Psychology" were duly registered trademarks through the United States Patent and Trademark Office, and that those registered trademarks were active and belonged to the Paul Masters Living Trust, which had granted an exclusive license to use those registered trademarks to International Metaphysical Ministry.

1 | I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed at Cuenca, Ecuador this 22nd day of May, 2023.

*Christine Breese*

Christine Breese

---

DECLARATION OF CHRISTINE BREESE IN SUPPORT OF
DEFENDANT WISDOM OF THE HEART'S
MOTION FOR SUMMARY JUDGMENT

3