Christopher M. Goodman (AZ #023231)
*Admitted Pro Hac Vice*
LAW OFFICE OF CHRISTOPHER GOODMAN PLC
45 W. Jefferson Street Suite 512
Phoenix, Arizona 85003
(602) 253-1000
chris@goodmanlegal.com

Eric B. Hull (CA #291167)
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Fax: (480) 421-1002
ebh@kfcfirm.com

*Attorneys for Plaintiff International Metaphysical Ministry*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., an Arizona corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>WISDOM OF THE HEART CHURCH, a California non-profit company d/b/a THE UNIVERSITY OF METAPHYSICAL SCIENCES; and various unknown and/or fictional individuals and entities,<br><br>                    Defendants. | NO. 4:21-cv-08066-KAW<br><br>**NOTICE OF FILING STIPULATED JURY INSTRUCTIONS** |

        Pursuant to the Court's April 10, 2024 Order [Doc. 171] referencing its prior pretrial orders [Docs. 167 and 118], the Parties to this action jointly submit their Stipulated Jury Instructions, filed concurrently as Exhibit 1 to this Stipulation.

*Sidebar (rotated):* Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

DATED this 15th day of April, 2024.

LAW OFFICE OF CHRISTOPHER GOODMAN PLC


By: /s/ Christopher M. Goodman
     Christopher M. Goodman (AZ #023231)
     *Admitted Pro Hac Vice*
     45 W. Jefferson Street Suite 512
     Phoenix, Arizona 85003
     *Attorney for International Metaphysical Ministry*


VALERIE F. HORN & ASSOCIATES, APLC


By: /s/ Christopher M. Goodman
     Valerie Horn, Esq.
     2121 Avenue of the Stars, Suite 800
     Los Angeles, California 90067
     *Attorney for Wisdom of the Heart Church*

1

2

### **CERTIFICATE OF SERVICE**

3

The foregoing was filed through the District Court's ECF filing system on April 15, 2024,

4

with service copies delivered by ECF e-mail distribution to Defendant's counsel listed below:

5

6

Valerie Horn, Esq.

VALERIE F. HORN & ASSOCIATES, APLC

7

2121 AVENUE OF THE STARS, SUITE 800

LOS ANGELES, CALIFORNIA 90067

8

TELEPHONE: (310) 888-8494

FACSIMILE: (310) 888-8499

9

EMAIL: *thehornbooklaw@gmail.com*

10

*/s/ Christopher M. Goodman*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000