Christopher M. Goodman (AZ #023231)
*Admitted Pro Hac Vice*
LAW OFFICE OF CHRISTOPHER GOODMAN PLC
45 W. Jefferson Street Suite 512
Phoenix, Arizona 85003
(602) 253-1000
chris@goodmanlegal.com

Eric B. Hull (CA #291167)
Kercsmar & O'Hara PLLC
1149 N Gower St, Suite 216
Los Angeles, CA 90038
Telephone: (310) 928-7885
Fax: (480) 421-1002
ebh@KandOlaw.com

*Attorneys for Plaintiff International Metaphysical Ministry*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WISDOM OF THE HEART CHURCH, a California non-profit company d/b/a THE UNIVERSITY OF METAPHYSICAL SCIENCES; and various unknown and/or fictional individuals and entities,<br><br>Defendants. | NO. 4:21-cv-08066-KAW<br><br>**NOTICE OF DEFENDANT'S PUBLIC STATEMENTS REGARDING COURT ORDERS AND CASE STATUS** |

Plaintiff International Metaphysical Ministry, Inc. ("IMM" or "Plaintiff") submits this Notice to advise the Court and other counsel of multiple public statements made by the Defendant in this action regarding this Court's orders and the status of the litigation. The

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

Court likely has interest in reviewing the parties' public characterizations of the Court's orders.

As the Court is surely well aware at this point, this case involves two competitor educational institutions, whose online presence and marketing are of paramount importance, and who allege each other has breached their prior settlement agreement, engaged in unfair competition by using the others' trademarked names in advertising, and disparaged the other on the internet. Needless to say, at the heart of this matter is each institution's online activity with regard to the other institution.

On Thursday, July 18, Plaintiff discovered that Defendant posted on at least three of its websites that this matter has been dismissed, that Plaintiff (referred to by name) could not prove its claims despite no trial having been held, that Plaintiff's allegations were shown to be false despite no trial having been held, and that Defendant has prevailed. Attached hereto as Exhibits 1 to 3 are printed versions of these websites. The relevant passages are below:

> GOOD NEWS! The opposition's case HAS BEEN DISMISSED BY FEDERAL COURT! There is one more hearing with the judge on July 18, 2024 where their lawyers and ours make arguments about the dismissal. We are expecting that the case will stay dismissed.
>
> International Metaphysical Ministry which also runs two competing schools, University of Metaphysics and University of Sedona. This is the third lawsuit full of false allegations they have launched against University of Metaphysical Sciences from their organization in Sedona, Arizona
>
> None of these lawsuits have resulted in any winnings against UMS because the allegations are false. International Metaphysical Ministry vs Wisdom of the Heart Church, Case #4:21-cv-08066-KAW has been dismissed.
>
> UPDATE! The opposition's case has been dismissed! UMS has prevailed!
>
> The main allegation was that we ran ads using their trademarked name, but we have proof that we never did that, and they could not prove in court that we did. We would never do any such thing. We practice the utmost of integrity in all business practices. It wouldn't make sense to do that, either, as it isn't necessary. We already appear for the search terms on Google that we want to appear for and don't need their name to do so. Our name is working fine for us.[1]

[1] Defendant's statement to the public here, that it has never used IMM's names and had no reason to do so, contradicts the deposition testimony of its CEO. (Exhibit 4.)

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

(Exhibit 1, *https://metaphysicsuniversity.com/vs-university-of-metaphysical-sciences-lawsuit-ums-defending-innocence/* last visited July 21, 2024.)

> We have been attacked with three lawsuits, each leading to nothing, for 8 years. University of Metaphysical Sciences asserts its innocence against these false allegations that another metaphysics university in Sedona Arizona has made against us to cause financial distress defending against these allegations. UMS always finds a way, though, and the case against us has been dismissed!

(Exhibit 2, https://christinebreese007spirituality.medium.com/of-metaphysics-vs-university-of-metaphysical-sciences-lawsuit-defending-innocence-72304669b265 last visited July 21, 2024.)

> **GOOD NEWS!** The opposition's case against University of Metaphysical Sciences **HAS BEEN DISMISSED BY FEDERAL COURT!**
>
> There is one more hearing with the judge on July 18, 2024 where their lawyers and ours make arguments about the dismissal. We are expecting that the case will stay dismissed.
>
> We assure you **University of Metaphysical Sciences** is here to stay, no matter what. We will always be here to serve your educational needs. We always find a way to overcome these challenges. We have been attacked with three lawsuits, each leading to nothing, for 8 years. University of Metaphysical Sciences asserts its innocence against these false allegations that another metaphysics university in Sedona Arizona has made against us to cause financial distress defending against these allegations. UMS always finds a way, though, and the case against us has been dismissed!

(Exhibit 3, https://universityofmetaphysicalscienceslawsuit.com/ last visited July 21, 2024) (emphasis in original.)

The metadata on these pages suggests they were all posted in late June 2024. In late June, this matter was not "dismissed" with a pending hearing about a dismissal. On May 3, the Court vacated the May 20 trial, and briefly dismissed the complaint with leave to file an amended complaint to cure a technical pleading defect (while calling the other arguments of Defendant "not well taken"). [Dkt. 186] On May 13, Plaintiff filed an Amended Complaint as directed. [Dkt. 187] On May 28, Defendant filed its second subject matter jurisdiction motion, now pending and scheduled for argument on September 5. [Dkt.188] Plaintiff has previously noted that the multiple trial delays here have resulted in needlessly expanded litigation tactics by Defendant. [Dkt. 191 at pp 4-5]

Plaintiff notes that courts may issue sanctions to prevent the disruption of ongoing

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

proceedings; these sanctions can be imposed under the court's inherent authority to manage its own affairs and maintain the integrity of the judicial process *Charbono v. Sumski (In re Charbono)*, 790 F.3d 80 (1st Cir. 2015); *United States v. Kouri-Perez*, 187 F.3d 1 (1st Cir. 1995). Federal courts possess inherent authority to regulate litigants' behavior and sanction misconduct, including issuing injunctions against litigants who harass their opponents or engage in vexatious litigation. The inherent power of the court is not limited to actions within the courtroom but extends to any conduct that abuses the judicial process. *See e.g. Am. Unites for Kids v. Rousseau*, 985 F.3d 1075 (9th Cir. 2021); *Purchasing Power, LLC v. Bluestem Brands, Inc*., 851 F.3d 1218 (11th Cir. 2017); *Chambers v. NASCO, Inc*., 501 U.S. 32 (1991).

Having just discovered these pages several days ago, Plaintiff felt it necessary to immediately bring them to the Court's and counsel's attention. Plaintiff is currently considering its options with regard to these websites and the statements therein, including a potential claim under the non-disparagement clause of the Settlement Agreement.[2] Plaintiff may further seek this Court's assistance in addressing the statements made by Defendant.

DATED this 22ND day of July, 2024

By: */s/ Christopher M. Goodman*
Christopher M. Goodman (AZ #023231)
*Admitted Pro Hac Vice*
45 W. Jefferson Street Suite 512
Phoenix, Arizona 85003
*Attorney for International Metaphysical Ministry*

[2] This filing should be considered notice to UMS under Section 9.1 of the Settlement Agreement of a breach of Section 5, the mutual non-disparagement provision, in which the Parties agreed "to not disparage one another and to not make any statement about the other's conduct, reputation, or business dealings that is designed to or has the effect of injuring the other's reputation or business interests…"

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

**CERTIFICATE OF SERVICE**

The foregoing was filed through the District Court's ECF filing system on July 22, 2024, with service copies delivered by ECF e-mail distribution to Defendant's counsel listed below:

Valerie Horn, Esq.
VALERIE F. HORN & ASSOCIATES, APLC
2121 AVENUE OF THE STARS, SUITE 800
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 888-8494
FACSIMILE: (310) 888-8499
EMAIL: *thehornbooklaw@gmail.com*

*/s/ Christopher M. Goodman*