Christopher M. Goodman (AZ #023231)
*Admitted Pro Hac Vice*
LAW OFFICE OF CHRISTOPHER GOODMAN PLC
45 W. Jefferson Street Suite 512
Phoenix, Arizona 85003
(602) 253-1000
chris@goodmanlegal.com

Eric B. Hull (CA #291167)
KERCSMAR & O'HARA
8200 Wilshire Boulevard, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Fax: (480) 421-1002
ebh@kandolaw.com

*Attorneys for Plaintiff International Metaphysical Ministry*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WISDOM OF THE HEART CHURCH, a California non-profit company d/b/a THE UNIVERSITY OF METAPHYSICAL SCIENCES; and various unknown and/or fictional individuals and entities,<br><br>Defendants. | NO. 4:21-cv-08066-KAW<br><br>**JOINT SUBMISSION OF PROPOSED DATES FOR TRIAL**<br><br>**(Trial Setting Conference on August 27, 2024 at 1:30 p.m., via Zoom)** |

Pursuant to the Court's August 16, 2024 Order [Dkt. No.: 202] converting the August 27, 2024 Further Case Management Conference into a Trial Setting Conference, and directing the Parties to jointly submit potential trial dates in 2025 subject to the Court's

scheduling parameters set forth in the Order, the Parties jointly submit the following proposed dates for the commencement of trial in this matter:

**Trial**

  Monday, June 16, 2025 (5 days)

  Monday, June 23, 2025 (5 days)

  August Unavailable

  Monday, October 7, 2025 (5 days)

  Monday October 14, 2025 (5 days)

  Monday, October 21, 2025 (5 days)

  Monday, October 28, 2025 (5 days)

**Final Pretrial Conference**: Between 14 and 28 days prior to the commencement of trial.

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

Law Office of Christopher Goodman PLC
45 W. Jefferson St., Suite 512
Phoenix, AZ 85003
(602) 253-1000

DATED this 20th day of August, 2024.

LAW OFFICE OF CHRISTOPHER GOODMAN PLC

By: /s/ Christopher M. Goodman
    Christopher M. Goodman (AZ #023231)
    *Admitted Pro Hac Vice*
    45 W. Jefferson Street Suite 512
    Phoenix, Arizona 85003
    *Attorney for International Metaphysical Ministry*

VALERIE F. HORN & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

BY: /s/ Valerie F. Horn
    Valerie F. Horn
    VALERIE F. HORN & ASSOCIATES, APLC
    2121 AVENUE OF THE STARS, SUITE 800
    LOS ANGELES, CALIFORNIA 90067
    TELEPHONE: (310) 888-8494
    FACSIMILE: (310) 888-8499
    EMAIL: *thehornbooklaw@gmail.com*
    Attorneys for Defendant/Counterclaimant
    Wisdom of the Heart Church dba
    University of Metaphysical Sciences

## **CERTIFICATE OF SERVICE**

The foregoing was filed through the District Court's ECF filing system on August 20, 2024, with service copies delivered by ECF e-mail distribution to counsel listed below:

Valerie Horn, Esq.
VALERIE F. HORN & ASSOCIATES, APLC
2121 AVENUE OF THE STARS, SUITE 800
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 888-8494
FACSIMILE: (310) 888-8499
EMAIL: *thehornbooklaw@gmail.com*

*/s/ Christopher M. Goodman*