UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL METAPHYSICAL MINISTRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WISDOM OF THE HEART CHURCH, <br><br> Defendant. | Case No. 21-cv-08066-KAW <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. Nos. 205, 213 |

On December 18, 2024, the Court issued an order containing instructions on pretrial filings. (Dkt. No. 205.) In the order, the Court specifically required that chambers copies be lodged "within one court day of filing." (*Id.* at 2.)

On May 4 and 5, 2025, the parties filed certain pretrial filings. Thus, chambers copies of the pretrial filings were due no later than May 6, 2025. No chambers copies were received; accordingly, on May 7, 2025, the Court ordered that the chambers copies be provided by 3:00 p.m. that same day. (Dkt. No. 213.)

The Court has still not received the chambers copies. Further, due to the lateness of the chambers copies, the Court was required to use its own staff and resources to print and prepare the chambers copies of the jury instructions so that the Court could begin its preparations for the pretrial conference. Accordingly, the Court ORDERS the parties to show cause, by **May 12, 2025,** why they should not be jointly sanctioned **$500** for failure to comply with two court orders.

IT IS SO ORDERED.

Dated: May 8, 2025

KANDIS A. WESTMORE
United States Magistrate Judge